# SEALED MATTER

CASE NUMBER **06 - 15638**

DEFENDANT NO. _____

CASE TYPE   ___ CR   ✓ CV   ___ X

___ MW   ___ PO

DISTRICT JUDGE **O' Meara**

SIGNED BY
JUDICIAL OFFICER _____

NEW CASE   ✓ YES   ___ NO

# DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA



FILED

DEC 1 9 2006

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

REV. 02/27/04