UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
*ex rel*. RICHARD CHESBROUGH, M.D.,
and KIM CHESBROUGH,

        Plaintiffs,

vs.                                    CIVIL NO. 06-15638

UNIVERSAL IMAGING, INC., a Michigan
Corporation, PHILLIP J. YOUNG, MARK
LAUHOFF, Jointly and Severally,

        Defendants.
_____/

## ORDER EXTENDING TIME FOR GOVERNMENT TO FILE COMPLAINT OF THE UNITED STATES

The United States having notified the Court of its intent to intervene in this matter, it is hereby ORDERED that the Clerk shall UNSEAL the Complaint in this matter and this Order. All other documents shall remain under seal. The United States shall file a complaint of the United States on or before February 1, 2011.

Date: December 2, 2010                                    s/John Corbett O'Meara
                                                                   United States District Judge