UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
ex rel. RICHARD CHESBROUGH, M.D.,
and KIM CHESBROUGH,

      Plaintiffs,

v.

UNIVERSAL IMAGING, INC. et al.,

      Defendants.
_____/

**SEALED**

Case No. 06-15638

Hon. John Corbett O'Meara

## ADMINISTRATIVE CLOSING ORDER

    The Court having entered an order extending time in this matter, and it further appearing to the court that such a continuance will remain in effect for a substantial period of time and there appearing to be no further reason at this time to maintain the file as an open case for administrative purposes;

    IT IS HEREBY ORDERED that the Clerk close this matter for administrative purposes. Nothing contained in the order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order had not been entered, and the court will order that the matter be reopened.

Date: March 22, 2011

                                              s/John Corbett O'Meara
                                              United States District Judge