# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. RICHARD CHESBROUGH, M.D., )<br>and KIM CHESBROUGH, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>UNIVERSAL IMAGING, INC., )<br>MRI LEASING, LLC, d/b/a PREMIER )<br>LEASING AND MANAGEMENT )<br>SERVICES, LLC, PHILLIP J. YOUNG, )<br>MARK LAUHOFF, and GWENDOLYN )<br>WASHINGTON, Jointly and Severally, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants, )<br>　　　　　　　　　　　　　　　　　)<br>and )<br>　　　　　　　　　　　　　　　　　)<br>TCF BANK, )<br>TCF INVESTMENTS, )<br>JP MORGAN CHASE, )<br>FIFTH THIRD BANK, )<br>CHASE BANK, )<br>COMERICA BANK, )<br>GREGORY SCHWARTZ & CO. )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Garnishees. )<br>_____) | CIV. No. 5:06-cv-15638-JCO-VMM<br>HON. JOHN CORBETT O'MEARA<br>MAG. JUDGE VIRGINIA M. MORGAN |

**ORDER TO DEPOSIT FUNDS IN INTEREST BEARING ACCOUNT**
**PURSUANT TO LOCAL RULE 67.1(a)**

　　　Pursuant to the Order of this Court issued on December 28, 2011, any and all proceeds which remain following the sale of the assets of Universal Imaging, Inc. and/or MRI Leasing, LLC., and payment of the secured debt to TCF Bank, shall be deposited in the form of cash,

certified check, cashier's check and/or money orders with the Clerk of this Court to be invested by the Clerk of the Court, and remain in an interest bearing account, awaiting withdrawal as directed by further order of this Court.

      The Clerk of the Court is hereby directed to deduct from the account any fee authorized by the Judicial Conference of the United States.

      IT IS SO ORDERED.


Date: January 3, 2012                                      s/John Corbett O'Meara
                                                            United States District Judge