# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　)
ex rel. RICHARD CHESBROUGH, M.D.,　)
and KIM CHESBROUGH,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)　CIV. No. 5:06-cv-15638-JCO-VMM
　　　　　　　　　　　　　　　　　　)　HON.  JOHN CORBETT O'MEARA
　　　　　　　　　　　　　　　　　　)　MAG. JUDGE VIRGINIA M. MORGAN
　　　　　　　　　　　　　　　　　　)
UNIVERSAL IMAGING, INC.,　　　　　)
MRI LEASING, LLC, d/b/a PREMIER　　)
LEASING AND MANAGEMENT　　　　)
SERVICES, LLC, PHILLIP J. YOUNG,　)
MARK LAUHOFF, and GWENDOLYN　)
WASHINGTON, Jointly and Severally,　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants,　　　　　　)
　　　　　　　　　　　　　　　　　　)
and　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
TCF BANK,　　　　　　　　　　　　)
TCF INVESTMENTS,　　　　　　　　)
JP MORGAN CHASE,　　　　　　　　)
FIFTH THIRD BANK,　　　　　　　　)
CHASE BANK,　　　　　　　　　　　)
COMERICA BANK,　　　　　　　　　)
GREGORY SCHWARTZ & CO.　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Garnishees.　　　　　　)
_____)

## CERTIFICATE OF SERVICE

I  hereby certify that on December 28, 2011, and on January 3, 2012, I served

multiple documents on counsel and named garnishees in the following order and manner.


1)　　　On December 28, 2011, I mailed the Complaint of the United States, Application

in Camera of the United States Under the Federal Debt Collection Procedures Act for the Pre-

Judgment Garnishments and Other Remedies, Writ of Continuing Garnishment, Clerk's Notice

of Garnishment and Michigan claim exemption forms, Defendant's Request for Hearing About

the Garnishment and Claims for Exemptions, Defendants Request for Hearing About Answer

Filed by the Garnishee, and Application of the United States to File Application for Pre-

Judgment Remedies Ex Parte Pursuant to 28 U.S.C. § 3004(c) and for Order Delaying Entry of

Order on Docket for One Day to Allow Time for Service and related Order, regarding the above-

captioned case, to:

Alan C. Harnisch
Strobl & Sharp, PC
300 E. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304, and

Joseph F. Page
Ben Gonek
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084


2)     On December 28, 2011, I also faxed, or caused to be faxed, and mailed the Writ of

Continuing Garnishment, and Answer of Garnishee form, regarding the above-captioned case, to

the following:

Comerica Bank
Internal Services
Post Office Box 75000
Detroit, Michigan 48275-7549
Attn: Internal Services - Garnishments
Fax: (734) 632-34676,

2

Fifth Third Bank
5050 Kingsley Road
MD 1MOC2Q
Cincinnati, Ohio 45263
Attn: Legal Operations
Fax: (513) 358-1279,

TCF Bank
500 Joliet Road
Willowbrook, Illinois 60527
Attn: Legal Department
Fax: (630) 325-5178,

JP Morgan Chase Bank, N.A.
Court Orders and Levy Department
340 S. Cleveland Ave.
Floor 3
Westerville, Ohio 43081
Fax: (225) 341-3302, and

Gregory J. Schwartz & Co., Inc.
3707 W. Maple Road
Bloomfield Hills, Michigan 48301-2295
Fax: ( 248) 644-6837.


      3)      On January 3, 2012, I faxed and mailed the Order to Deposit Funds in Interest

Bearing Account Pursuant to Local Rule 67.1(a), regarding the above-captioned case, to the

following:

Alan C. Harnisch
Strobl & Sharp, PC
300 E. Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304
Fax: (248) 645-2690,

3

Joseph F. Page
Ben Gonek
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084
Fax: (248) 404-6355 & (248) 404-6312, and

TCF Bank
500 Joliet Road
Willowbrook, Illinois 60527
Attn: Legal Department
Fax: (630) 325-5178.

Jonathan K. Sonbay
United States Attorney's Office

4