UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> ex rel. RICHARD CHESBROUGH, M.D., <br> and KIM CHESBROUGH, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSAL IMAGING, INC., <br> MRI LEASING, LLC, d/b/a PREMIER <br> LEASING AND MANAGEMENT <br> SERVICES, LLC, PHILLIP J. YOUNG, <br> MARK LAUHOFF, and GWENDOLYN <br> WASHINGTON, Jointly and Severally, <br><br> Defendants, | Case No.: 5:06-cv-15638 <br><br> Hon. John Corbett O'Meara <br><br> Mag. Judge Virginia M. Morgan |

_____

## **APPEARANCE**

NOW COMES attorney BEN M. GONEK and GIARMARCO, MULLINS & HORTON, P.C. and hereby enter their appearance as attorneys of record for Universal Imaging, Inc., MRI Leasing, LLC, and Phillip J. Young in this matter.

                    /s/ Ben M. Gonek
Ben M. Gonek  (P43716)
Giarmarco, Mullins, & Horton, P.C.
Attorney for Defendants
101 West Big Beaver, 10th Floor
Troy, Michigan 48084
(248) 457-7152
bgonek@gmhlaw.com
P43716

Dated:  January 29, 2012