**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>ex rel.. RICHARD CHESBROUGH, M.D.,      )<br>and KIM CHESBROUGH,                      )<br>                                         )<br>                        Plaintiffs,      )<br>                                         )<br>vs.                                      )<br>                                         )<br>UNIVERSAL IMAGING, INC.,                 )<br>MRI LEASING, LLC, d/b/a PREMIER          )<br>LEASING AND MANAGEMENT                   )<br>SERVICES, LLC, PHILLIP J. YOUNG,         )<br>MARK LAUHOFF, and GWENDOLYN              )<br>WASHINGTON, Jointly and Severally,       )<br>                                         )<br>                        Defendants,      )<br>and                                      )<br>                                         )<br>TCF BANK, TCF INVESTMENTS,               )<br>JP MORGAN CHASE, FIFTH THIRD BANK,       )<br>CHASE BANK, COMERICA BANK,               )<br>GREGORY SCHWARTZ & CO. INC.,             )<br>                                         )<br>                        Garnishees.      )<br>_____) | Case No.: 5:06-cv-15638<br><br>Hon. John Corbett O'Meara |

**STIPULATION AND ORDER**

The United States, together with defendants Universal Imaging, Inc., MRI leasing, LLC

and Phillip J. Young, hereby agree as follows:

1.      The Motion to Quash filed by the above defendants on February 14, 2012, Doc.

44, is hereby WITHDRAWN.  Defendants hereby acknowledge that they have been afforded an

opportunity for a hearing as contemplated by the Federal Debt Collection Procedures Act, 28

U.S.C. § 3101(d)(1) & (2), and that they have voluntarily and knowingly waived the opportunity

for such a hearing.

2.      The United States stipulates that lease payments from North Oakland North

Macomb are not considered by it to be "proceeds of the sale of assets" referred to in paragraph 3

of the Court's Order of December 28, 2011, Doc. 28, and that such lease payments may be made

directly to the defendants as contemplated by the sale agreement and not deposited into the Court

Registry.  This stipulation does not apply to the remaining expected sale proceeds from the sale

to North Oakland North Macomb.

     3.     The defendants agree that all such lease payments shall be deposited into a new

account from which they may conduct transactions in the normal course of business.  The

defendants agree that they will identify this account to the government and will make the

statements, deposits, checks and other withdrawals from this account available to the

government no later than seven days from any request.

     4.     All orders of the Court shall continue to have full force and effect.

     SO ORDERED.

Date: March 19, 2012            s/John Corbett O'Meara
                                United States District Judge


STIPULATED AND AGREED TO THIS 13th DAY OF MARCH, 2012

| | |
|---|---|
| PHILLIP J. YOUNG | THE UNITED STATES OF AMERICA |
| UNIVERSAL IMAGING, INC. | |
| MRI LEASING LLC | BARBARA L. McQUADE |
| | United States Attorney |
| | |
| s/Ben Gonek | s/Joan E. Hartman |
| BEN GONEK | JOAN E. HARTMAN |
| Giarmarco, Mullins & Horton, P.C. | Assistant U.S. Attorney |
| Tenth Floor Columbia Center | 211 W. Fort Street, Suite 2001 |
| 101 West Big Beaver Road | Detroit, MI 48226 |
| Troy, Michigan 48084-5280 | (313) 226-9190 |
| Phone: (248) 457-7122 | joan.hartman@usdoj.gov |
| bgonek@gmhlaw.com | |