UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>RICHARD CHESBROUGH, M.D., and<br>KIM CHESBROUGH | Case No. 5:06-cv-15638<br>Honorable John Corbett O'Meara |
| Plaintiffs | |
| vs. | |
| UNIVERSAL IMAGING, INC., MRI<br>LEASING, LLC, d/b/a PREMIER LEASING<br>AND MANAGEMENT SERVICES, LLC,<br>PHILLIP J. YOUNG, MARK LAUHOFF, and<br>GWENDOLYN WASHINGTON, Jointly and<br>Severally | |
| Defendants | |

_____/

## FIFTH STIPULATED ORDER EXTENDING TIME FOR DEFENDANT MARK LAUHOFF TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

This matter having come before the Court upon stipulation of counsel for the purpose of extending the due date for Defendant Mark Lauhoff to file an answer or other response to Plaintiff's Complaint which is due on Thursday, June 21, 2012, to Monday, July 9, 2012, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that Defendant MARK LAUHOFF shall have until MONDAY, JULY 9, 2012, to file an Answer or otherwise respond to Plaintiff's Complaint. No defenses have been waived by this Stipulated Order, or by the filing of an Appearance, including any defenses regarding jurisdiction or venue.

Date: June 25, 2012                                    s/John Corbett O'Meara
                                                       United States District Judge

- 2 -

The parties, through their respective attorneys, stipulate to the above Order and waive presentment:

**BARBARA L. McQUADE.**      **STROBL & SHARP, P.C.**
**UNITED STATES ATTORNEY**

By: S/ with consent of Jacqueline M. Hotz
    Jacqueline M. Hotz
Assistant U.S. Attorney
Attorneys for Plaintiff
211 W. Fort Street, Suite 201
Detroit, Michigan 48226-
(313) 226-9190
E-Mail: Jackie.Hotz@usdoj.gov

By: S/ Alan C. Harnisch
    Alan C. Harnisch (P14654)
    Lynn M. Brimer (P43291)
Attorneys for Defendant Mark Lauhoff
300 East Long Lake Road, Suite 200
Bloomfield Hills, Michigan 48304-2376
(248) 540-2300
E-Mail: aharnisch@stroblpc.com
E-Mail: lbrimer@stroblpc.com