UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. RICHARD CHESBROUGH, M.D.,<br>and KIM CHESBROUGH,<br><br>   Plaintiffs,<br><br>vs.<br><br>UNIVERSAL IMAGING, INC.,<br>MRI LEASING, LLC, d/b/a PREMIER<br>LEASING AND MANAGEMENT<br>SERVICES, LLC, PHILLIP J. YOUNG,<br>MARK LAUHOFF, and GWENDOLYN<br>WASHINGTON, Jointly and Severally,<br><br>   Defendants,<br>_____ | Case No.: 5:06-cv-15638<br><br>Hon. John Corbett O'Meara<br><br>Mag. Judge Virginia M. Morgan |

**STIPULATION AND ORDER
EXTENDING DEADLINE TO FILE RESPONSIVE PLEADING**

IT IS HEREBY STIPULATED, by and between the undersigned parties, that Universal Imaging, Inc., MRI Leasing, LLC, and Phillip J. Young have until **August 27, 2012** to file a response to the Complaint filed by the government in the above captioned matter.

STIPULATED AND AGREED TO THIS 13th DAY OF AUGUST, 2012

| | |
|---|---|
| */s/ Joan Hartman with consent*<br>Joan Hartman<br>Assistant U.S. Attorney<br>U.S. Dept. of Justice<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9784<br>joan.hartman@usdoj.gov | */s/ Ben M. Gonek*<br>Ben M. Gonek<br>Giarmarco, Mullins, & Horton, P.C.<br>Attorney for Defendants<br>101 West Big Beaver, 10th Floor<br>Troy, Michigan 48084<br>(248) 457-7152<br>bgonek@gmhlaw.com<br>P43716 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. RICHARD CHESBROUGH, M.D., and KIM CHESBROUGH, <br><br> Plaintiffs, <br><br> vs. <br><br> UNIVERSAL IMAGING, INC., MRI LEASING, LLC, d/b/a PREMIER LEASING AND MANAGEMENT SERVICES, LLC, PHILLIP J. YOUNG, MARK LAUHOFF, and GWENDOLYN WASHINGTON, Jointly and Severally, <br><br> Defendants, | Case No.: 5:06-cv-15638 <br><br> Hon. John Corbett O'Meara <br><br> Mag. Judge Virginia M. Morgan |

## ORDER
## EXTENDING DEADLINE TO FILE RESPONSIVE PLEADING

This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Universal Imaging, Inc., MRI Leasing, LLC, and Phillip J. Young have until **August 27, 2012** to file a response to the Complaint filed by the government in the above captioned matter.

IT IS SO ORDERED.

Date: August 14, 2012               s/John Corbett O'Meara
                                    United States District Judge