UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
ex rel., RICHARD CHESBROUGH, M.D.
and KIM CHESBROUGH,

        Plaintiffs,

v

UNIVERSAL IMAGING, INC.,
MRI LEASING, LLC, d/b/a PREMIER
LEASING AND MANAGEMENT
SERVICES, LLC, PHILLIP J. YOUNG,
MARK LAUHOFF, and GWENDOLYN
WASHINGTON, jointly and severally,

        Defendants.
_____/

Case No. 5:06-cv-15638
Hon. John Corbett O'Meara



## AMENDMENT TO ORDER DATED NOVEMBER 15, 2012

The last paragraph of page two of the Order entered on November 15, 2012 (Docket No. 82), is amended to provide as follows: "IT IS ORDERED that the Clerk of the Court shall pay FORTHWITH all proceeds deposited with the Court referenced in paragraph 2 plus all accrued and accruing interest to the United States Department of Justice and forward said funds to the United States Attorney's Office, 211 W. Fort Street, Suite 2001, Detroit, MI 48226, Attention Judith Cieslak."

Date: November 20, 2012

Hon. John Corbett O'Meara
United States District Court