UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* RICHARD CHESBROUGH, M.D., and KIM CHESBROUGH,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL IMAGING, INC., MRI LEASING, LLC, d/b/a PREMIER LEASING AND MANAGEMENT SERVICES, LLC, PHILLIP J. YOUNG, MARK LAUHOFF, and GWENDOLYN WASHINGTON, Jointly and Severally,<br><br>Defendants.<br>_____/ | Case No. 5:06-cv-15638<br>Honorable John Corbett O'Meara |

## **ORDER**

The action as to defendants Universal Imaging, Inc., MRI Leasing, LLC d/b/a Premier Leasing and Management Services, LLC, and Phillip J. Young having been dismissed pursuant to the terms of a stipulation dated March 5, 2013, signed by the Plaintiffs (the United States and relators Richard and Kim Chesbrough), and Defendants Universal Imaging, Inc., MRI Leasing, LLC d/b/a Premier Leasing and Management Services, LLC and Phillip J. Young, it is hereby

ORDERED, ADJUDGED and DECREED that the following orders relating to preservation of assets previously entered in this matter are hereby of no further effect solely as to Defendants Universal Imaging, Inc., MRI Leasing, LLC d/b/a Premier Leasing and Management Services, LLC and Phillip J. Young:

    1.    Writ of Continuing Garnishment filed on December 28, 2011 and entered January 3, 2012 (Dkt. 31); and

      2.      Order filed on December 28, 2011, and entered on December 30, 2011 (Dkt. 28).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this action and the Plaintiffs' Complaint shall remain pending against the remaining Defendant Gwendolyn Washington.


DATE: March 12, 2013                              <u>s/John Corbett O'Meara</u>
                                                  United States District Judge