UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. RICHARD CHESBROUGH, M.D., and KIM CHESBROUGH, <br><br>Plaintiffs, <br><br>vs. <br><br>UNIVERSAL IMAGING, INC., MRI LEASING, LLC, d/b/a PREMIER LEASING AND MANAGEMENT SERVICES, LLC, PHILLIP J. YOUNG, MARK LAUHOFF, and GWENDOLYN WASHINGTON, Jointly and Severally, <br><br>Defendants. | CIV. No. 5:06-cv-15638-JCO-VMM <br>HON. JOHN CORBETT O'MEARA <br><br>FILED <br>MAR 13 2013 <br>CLERK'S OFFICE <br>U.S. DISTRICT COURT <br>ANN ARBOR, MI |

## ORDER

Upon consideration of the United States' motion for entry of a default judgment as to defendant Gwendolyn Washington, Memorandum in Support, and evidentiary basis supplied by the United States, the Court FINDS that the United States has shown that defendant Gwendolyn Washington caused the presentation of 538 false claims for payment by Universal Imaging, Inc. to the federal Medicare program within the meaning of 31 U.S.C. § 3729(a)(1); and that defendant Gwendolyn Washington herself presented 1211 false claims for payment to the federal Medicare program within the meaning of 31 U.S.C. § 3729(a)(1). The United States has demonstrated through adequate proofs that the federal Medicare program has paid $762,452 by reason of these false claims. The False Claims Act, 31 U.S.C. 3729(a)(1), requires the Court to treble these

damages and to impose a civil penalty for each false claim. Treble damages are thus $2,287,356. The United States has requested that the minimum possible penalty be imposed as to each false claim, which is $5,500. The civil penalty amount at the lowest level of $5500 per claim (1749 claims) is $9,619,500. Total False Claims Act damages and civil penalties arising out of the conduct of Gwendolyn Washington are thus $11,906,856. Judgment is therefore ENTERED as to defendant Gwendolyn Washington in the amount of $11,906,856.

Date: March 13, 2013

John Corbett O'Meara
United States District Judge